IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cr-00222-ZLW

PEOPLE OF THE STATE OF COLORADO,

v.

DAVID JACKSON,

        Defendant.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     Defendant's "Petition for a Re Hearing En Banc the Decision of the Senior Judge Conflict With a Decision of the United States Supreme Court Pursuant to D.C.COLO.LCrR26.1 and § 1447(d)" filed on May 31, 2007, is DENIED.

Dated: June 1, 2007

---

Copies of this Minute Order mailed on June 1, 2007, to the following:

David Jackson
PO Box 17163
Boulder, CO 80308

                                        Secretary/Deputy Clerk