# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cr-00222-ZLW

PEOPLE OF THE STATE OF COLORADO,

v.

DAVID JACKSON,

        Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Defendant's "Motion for Limit Copies" and "Motion for Counsel . . ." filed on June 4, 2007, are DENIED.

Dated: April 4, 2008

Copies of this Minute Order mailed on April 4, 2008, to the following:

David Jackson
PO Box 17163
Boulder, CO 80308

                              Secretary/Deputy Clerk